**6/10/2015**                                        **COA No. 13-14-00287-CR**
**FURR, CHRIS**          **Tr. Ct. No. 12-CR-2867-F**          **PD-0212-15**
On this day, the Appellant's petition for discretionary review has been granted. The original and ten copies of the appellant's brief must be filed with this Court within 30 days. The State's brief is due 30 days after the timely filing of the appellant's brief. ORAL ARGUMENT WILL NOT BE PERMITTED

Abel Acosta, Clerk

DISTRICT CLERK  NUECES COUNTY
PATSY PEREZ
BOX 2987
CORPUS CHRISTI, TX  78403
* DELIVERED VIA E-MAIL *

**6/10/2015**                                                    **COA No. 13-14-00287-CR**
**FURR, CHRIS**            **Tr. Ct. No. 12-CR-2867-F**              **PD-0212-15**
On this day, the Appellant's petition for discretionary review has been granted. The
original and ten copies of the appellant's brief must be filed with this Court within 30
days. The State's brief is due 30 days after the timely filing of the appellant's brief.
ORAL ARGUMENT WILL NOT BE PERMITTED

                                                              Abel Acosta, Clerk

                        13TH COURT OF APPEALS  CLERK
                        DORIAN RAMIREZ
                        901 LEOPARD
                        CORPUS CHRISTI, TX  78401
                        * DELIVERED VIA E-MAIL *

**6/10/2015**                                                             **COA No. 13-14-00287-CR**
**FURR, CHRIS**          **Tr. Ct. No. 12-CR-2867-F**              **PD-0212-15**
On this day, the Appellant's petition for discretionary review has been granted. The original and ten copies of the appellant's brief must be filed with this Court within 30 days. The State's brief is due 30 days after the timely filing of the appellant's brief. ORAL ARGUMENT WILL NOT BE PERMITTED

Abel Acosta, Clerk

TRAVIS W. BERRY
ATTORNEY AT LAW
P.O. BOX 6333
CORPUS CHRISTI, TX  78466
* DELIVERED VIA E-MAIL *

**6/10/2015**                                     **COA No. 13-14-00287-CR**
**FURR, CHRIS**        **Tr. Ct. No. 12-CR-2867-F**        **PD-0212-15**
On this day, the Appellant's petition for discretionary review has been granted. The original and ten copies of the appellant's brief must be filed with this Court within 30 days. The State's brief is due 30 days after the timely filing of the appellant's brief. ORAL ARGUMENT WILL NOT BE PERMITTED

Abel Acosta, Clerk

PRESIDING JUDGE  214TH DISTRICT COURT
901 LEOPARD, STE 902
CORPUS CHRISTI, TX  78401

**6/10/2015**                                                        **COA No. 13-14-00287-CR**
**FURR, CHRIS**          **Tr. Ct. No. 12-CR-2867-F**          **PD-0212-15**
On this day, the Appellant's petition for discretionary review has been granted. The original and ten copies of the appellant's brief must be filed with this Court within 30 days. The State's brief is due 30 days after the timely filing of the appellant's brief. ORAL ARGUMENT WILL NOT BE PERMITTED

Abel Acosta, Clerk

DISTRICT ATTORNEY  NUECES COUNTY
MARK SKURKA
901 LEOPARD  ROOM 206
CORPUS CHRISTI, TX  78401
* DELIVERED VIA E-MAIL *